DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile (702) 388-6787
Carlos.Gonzalez2.@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:13-CV-00405-GMN-GWF |
| Plaintiff, ) | |
| vs. ) | NOTICE OF VOLUNTARY DISMISSAL |
| ) | WITHOUT PREJUDICE |
| ELY RADIO, LLC, ) | |
| Defendant. ) | |

The UNITED STATES OF AMERICA files this Notice of Voluntary Dismissal Without Prejudice in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. This dismissal is requested because the Defendant cannot be located.

DATED this 10th day of July, 2013.

DANIEL G. BOGDEN
United States Attorney

 /s/Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant United States Attorney

**IT IS SO ORDERED**

Dated: July 10, 2013

_____
UNITED STATES DISTRICT JUDGE